UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:16-CR-00661(1)-AM |
| | § | |
| (1) COTY ALLEN READ | § | |

## ORDER SETTING UNCONTESTED FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **UNCONTESTED FINAL REVOCATION HEARING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Friday, March 08, 2019 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 12th day of December, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE